# United States District Court for the Northern District of Illinois

Case Number: 08cv516        Assigned/Issued By: j. n.

Judge Name: BUCKLO        Designated Magistrate Judge: ASHMAN

---

## FEE INFORMATION

*Amount Due:*   [✓] $350.00     [ ] $39.00     [ ] $5.00
                [ ] IFP         [ ] No Fee     [ ] Other _____
                [ ] $455.00

Number of Service Copies _____        Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350        Receipt #: 2485495

Date Payment Rec'd: 1-23-08        Fiscal Clerk: J. N.

---

## ISSUANCES

[✓] Summons                              [ ] Alias Summons

[ ] Third Party Summons                  [ ] Lis Pendens

[ ] Non Wage Garnishment Summons         [ ] Abstract of Judgment

[ ] Wage-Deduction Garnishment Summons   _____
                                         _____
[ ] Citation to Discover Assets          (Victim, Against and $ Amount)

[ ] Writ _____
         (Type of Writ)

 2  Original and  0  copies on  1-24-08  as to  DEFENDANTS
                                  (Date)