# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### SUMMONS IN A CIVIL CASE

**08 C 516**

TRUSTEES OF THE SUBURBAN
TEAMSTERS OF NORTHERN ILLINOIS
PENSION AND WELFARE FUNDS,

)
)
)
)
)
)
)
)
)
)
)

Docket Number: _____

Assigned Judge: _____

           JUDGE BUCKLO
Designated   MAGISTRATE JUDGE ASHMAN
Magistrate Judge: _____

v.

PORTER CARTAGE, INC., an Illinois
corporation not in good standing and Rob
Porter, Individually

TO: (Name and address of defendant)

PORTER CARTAGE, INC.,
an Illinois corporation not in good standing
c/o Its Registered Agent
Rob Porter
6203  ~~6203~~ Santa Barbara Court
Plainfield, Illinois 60544

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY:

JOHN J. TOOMEY
ARNOLD AND KADJAN
19 W. Jackson Boulevard, Suite 300
Chicago, Illinois 60604

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk            Date

Michael W. Dobbins, Clerk

*[signature]*

(By) DEPUTY CLERK            January 24, 2008
                                    Date

## RETURN OF SERVICE

Service of the Summons and Complaint was made by me.

DATE: 2/16/08 @ 11:30am

NAME OF SERVER (PRINT) John Marzec

TITLE Process Server

Check one box below to indicate appropriate method of service-

☒ Served personally upon the defendant. Place where served: Served Porter Cartage Inc c/o Rob Porter Reg Agent at his residence 6203 Santa Barbara Ct Plainfield IL (w/m 50 years old, shaky build)

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICES FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 2/16/08
Date

Signature of Server: John Marzec

Address of Server

THE ARGUS AGENCY INC.
1480 RENAISSANCE DR. STE 208
PARK RIDGE IL 60068