IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS PENSION FUND AND WELFARE FUNDS,  Plaintiff, v. PORTER CARTAGE, INC. an Illinois corporation not in good standing, and ROB PORTER, Individually  Defendants. | No. 08 C 516  Judge Bucklo  Magistrate Judge Ashman |

ORDER OF JUDGMENT

This matter coming to be heard upon Plaintiff's Motion for Judgment in a sum certain and the court being fully advised in the premises,

IT IS HEREBY ORDERED AS FOLLOWS:

That judgment is entered in favor of the Plaintiff TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS and against the Defendant, PORTER CARTAGE, INC., an Illinois corporation and ROB PORTER, Individually, jointly and severally, in the amount of $8,793.00.

Date:

Entered:

_____
JUDGE BUCKLO