IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS PENSION FUND AND WELFARE FUNDS,<br><br>        Plaintiff,<br><br>v.<br><br>PORTER CARTAGE, INC.<br>an Illinois corporation not in good standing, and ROB PORTER, Individually<br><br>        Defendants. | No. 08 C 516<br><br>Judge Bucklo<br><br>Magistrate Judge Ashman |

NOTICE OF MOTION

To:  PORTER CARTAGE, INC.,
an Illinois corporation not in good standing
c/o Its Registered Agent
Rob Porter
5203 Santa Barbara Court
Plainfield, Illinois  60544

Rob Porter, Individually
5203 Santa Barbara Court
Plainfield, Illinois  60544

    PLEASE TAKE NOTICE that on March 17, 2008, at 9:30 a.m., I will appear before the Honorable Judge Bucklo in Room 1441 and then and there present the attached Motion for Judgment in Sum Certain, copies of which are attached hereto.

                              Respectfully submitted,

                              **s/John J. Toomey**
                              ARNOLD AND KADJAN
                              19 W. Jackson Blvd., Suite 300
                              Chicago, IL 60604
                              Telephone No.:  (312) 236-0415
                              Facsimile No.:  (312) 341-0438
                              Dated:  March 10, 2008

## CERTIFICATE OF SERVICE

      I hereby certify that on March 10, 2008 I electronically filed the foregoing Notice of Motion with the Clerk of the Court using the CM/ECF system and to the following by U.S. Mail, postage prepaid:

PORTER CARTAGE, INC.,
an Illinois corporation not in good standing
c/o Its Registered Agent
Rob Porter
5203 Santa Barbara Court
Plainfield, Illinois 60544

Rob Porter, Individually
5203 Santa Barbara Court
Plainfield, Illinois 60544

                                              **s/John J. Toomey**
                                              ARNOLD AND KADJAN
                                              19 W. Jackson Blvd., Suite 300
                                              Chicago, IL 60604
                                              Telephone No.: (312) 236-0415
                                              Facsimile No.: (312) 341-0438
                                              Dated: March 10, 2008