Order Form (01/2005)



# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Elaine E. Bucklo | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 516 | **DATE** | 3/28/2008 |
| **CASE TITLE** | Trustees, et al. Vs. Porter Cartage, Inc., et al. | | |

**DOCKET ENTRY TEXT**

Status hearing held. Plaintiffs' motion for entry of default judgment heard and the motion is granted. Accordingly, judgment is entered in favor of plaintiffs and against defendants in the amount of $8,793.00. Enter Order of Judgment.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:05



| | Courtroom Deputy Initials: | MPJ |
|---|---|---|

08C516 Trustees, et al. Vs. Porter Cartage, Inc., et al.     Page 1 of 1