IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS PENSION FUND AND WELFARE FUNDS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>PORTER CARTAGE, INC.<br>an Illinois corporation not in good standing, and ROB PORTER, Individually<br><br>　　　　Defendants. | No. 08 C 516<br><br>Judge Bucklo<br><br>Magistrate Judge Ashman |

## TURNOVER ORDER

This matter coming to be heard upon Plaintiff's Motion for Turnover of Funds held pursuant to a Citation to Discover Assets, it is hereby ordered that: Founders Bank, 24000 Dayfield Drive #114, Plainfield, Illinois 60586 is directed to pay to the judgment creditor, the Trustees of the Suburban Teamsters of Northern Illinois Pension Fund, the sum of $164.15 the amount held by Founders Bank pursuant to a Citation to Discover Assets and deliver said proceeds by check to Plaintiff's counsel, Arnold and Kadjan, 19 W. Jackson Boulevard, Chicago, Illinois 60604.

Dated:

Enter:

_____
HONORABLE JUDGE BUCKLO