IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS PENSION FUND AND WELFARE FUNDS, | ) ) ) ) | |
| Plaintiff, | ) ) | No.  08 C 516 |
| v. | ) ) | Judge Bucklo |
| | ) ) | Magistrate Judge Ashman |
| PORTER CARTAGE, INC. an Illinois corporation not in good standing, and ROB PORTER, Individually | ) ) ) ) | |
| Defendants. | ) | |

NOTICE OF MOTION

To:   PORTER CARTAGE, INC.,
      an Illinois corporation not in good standing
      c/o Its Registered Agent
      Rob Porter
      5203 Santa Barbara Court
      Plainfield, Illinois  60544

      Rob Porter, Individually
      5203 Santa Barbara Court
      Plainfield, Illinois  60544

      Richard F. Burke
      Wolfenson, Schouten & Bruke, Ltd.
      14535 John Humphrey Drive
      Suite 101
      Orland Park, Illinois  60462

   PLEASE TAKE NOTICE that on May 13, 2008, at 9:30 a.m., I will appear before the Honorable Judge Bucklo in Room 1441 and then and there present the attached Motion for Turnover Order, a copy of which is attached hereto.

Respectfully submitted,

s/John J. Toomey
ARNOLD AND KADJAN
19 W. Jackson Blvd., Suite 300
Chicago, IL 60604
Telephone No.: (312) 236-0415
Facsimile No.: (312) 341-0438
Dated: May 6, 2008

## CERTIFICATE OF SERVICE

I hereby certify that on May 6, 2008 I electronically filed the foregoing Notice of Motion with the Clerk of the Court using the CM/ECF system and to the following by U.S. Mail, postage prepaid:

PORTER CARTAGE, INC.,
an Illinois corporation not in good standing
c/o Its Registered Agent
Rob Porter
5203 Santa Barbara Court
Plainfield, Illinois 60544

Rob Porter, Individually
5203 Santa Barbara Court
Plainfield, Illinois 60544

Richard F. Burke
Wolfenson, Schouten & Bruke, Ltd.
14535 John Humphrey Drive
Suite 101
Orland Park, Illinois 60462

s/John J. Toomey
ARNOLD AND KADJAN
19 W. Jackson Blvd., Suite 300
Chicago, IL 60604
Telephone No.: (312) 236-0415
Facsimile No.: (312) 341-0438
Dated: May 6, 2008