IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS PENSION FUND AND WELFARE FUNDS,<br><br>Plaintiff,<br><br>v.<br><br>PORTER CARTAGE, INC. an Illinois corporation not in good standing, and ROB PORTER, Individually<br><br>Defendants. | No. 08 C 516<br><br>Judge Bucklo<br><br>Magistrate Judge Ashman |

DISMISSAL WITHOUT PREJUDICE OF CITATION TO DISCOVER ASSETS

NOW COME the Plaintiffs, TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS, and hereby dismisses without prejudice the Citation to Discover Assets filed on May 5, 2008 and served upon Material Distribution, Inc. on May 6, 2008.

        TRUSTEES OF THE SUBURBAN TEAMSTERS
        OF NORTHERN ILLINOIS WELFARE AND
        PENSION FUNDS

        s/John J. Toomey
        ARNOLD AND KADJAN
        19 W. Jackson Blvd., Suite 300
        Chicago, IL 60604
        Telephone No.: (312) 236-0415
        Facsimile No.: (312) 341-0438
        Dated: May 12, 2008