IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS PENSION FUND AND WELFARE FUNDS, | ) ) ) ) |
| Plaintiff, | ) ) ) No. 08 C 516 |
| v. | ) ) Judge Bucklo ) |
| PORTER CARTAGE, INC. an Illinois corporation not in good standing, and ROB PORTER, Individually | ) Magistrate Judge Ashman ) ) ) |
| Defendants. | ) ) |

NOTICE OF FILING AND CERTIFICATE OF SERVICE

To:   Material Distribution, Inc.
      24105 West Front Street
      Channahon, Illinois 60410
      Attention: Marilyn Massey

   PORTER CARTAGE, INC.,
   an Illinois corporation not in good standing
   c/o Its Registered Agent
   Rob Porter
   5203 Santa Barbara Court
   Plainfield, Illinois 60544

   Rob Porter, Individually
   5203 Santa Barbara Court
   Plainfield, Illinois 60544

   PLEASE TAKE NOTICE that on May 12, 2008, we filed with the United States District Court for the Northern District of Illinois, Eastern Division the following document:

   1.   Dismissal Without Prejudice of Citation of Assets of Material Distribution, Inc.

a copy of which is attached hereto and served upon you.

TRUSTEES OF THE SUBURBAN TEAMSTERS
OF NORTHERN ILLINOIS WELFARE AND
PENSION FUNDS

s/John J. Toomey
ARNOLD AND KADJAN
19 W. Jackson Blvd., Suite 300
Chicago, IL 60604
Telephone No.: (312) 236-0415
Facsimile No.: (312) 341-0438
Dated: May 12, 2008

CERTIFICATE OF SERVICE

I hereby certify that on May 12, 2008 I electronically filed the foregoing Notice of Filing with the Clerk of the Court using the CM/ECF system and to the following by U.S. Mail, postage prepaid:

Material Distribution, Inc.
24105 West Front Street
Channahon, Illinois 60410
Attention: Marilyn Massey

PORTER CARTAGE, INC.,
an Illinois corporation not in good standing
c/o Its Registered Agent
Rob Porter
5203 Santa Barbara Court
Plainfield, Illinois 60544

Rob Porter, Individually
5203 Santa Barbara Court
Plainfield, Illinois 60544

s/John J. Toomey
ARNOLD AND KADJAN
19 W. Jackson Blvd., Suite 300
Chicago, IL 60604
Telephone No.: (312) 236-0415
Facsimile No.: (312) 341-0438
Dated: May 12, 2008