IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS PENSION FUND AND WELFARE FUNDS, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) No. 08 C 516 ) ) Judge Bucklo ) |
| PORTER CARTAGE, INC. an Illinois corporation not in good standing, and ROB PORTER, Individually | ) Magistrate Judge Ashman ) ) ) |
| Defendants. | ) ) |

MOTION FOR TURNOVER ORDER

NOW COMES the Plaintiff, TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS, through its attorneys, ARNOLD AND KADJAN, and moves this court for an Order directing Founders Bank to turn over the sum of $999.17 which they are holding pursuant to a Citation to Discover Assets. In support of its motion, Plaintiff states:

1. On May 15, 2008 Founders Bank's response to Plaintiff's Citation to Discover Assets stated it was holding $999.17 (see attached).

2. Founders Bank advised on May 15, 2008 that it would turn over said sum of $999.17 upon receipt of an appropriate turnover order.

WHEREFORE, Plaintiffs pray this Court to issue an Order directing Founders Bank to turn over the amount of $999.17 it is holding.

                                           TRUSTEES OF THE SUBURBAN TEAMSTERS
                                           OF NORTHERN ILLINOIS WELFARE
                                           AND PENSION FUND

                                           By: _____
                                                  One of Its Attorneys

JOHN J. TOOMEY
ARNOLD AND KADJAN
19 W. Jackson Boulevard
Chicago, Illinois  60604
(312) 236-0415

LAW OFFICES
## WOLFENSON, SCHOUTEN & BURKE LTD.
A PROFESSIONAL CORPORATION

JAMES W. WOLFENSON
RICHARD E. BURKE
PAUL R. SCHOUTEN - Of Counsel

14835 JOHN HUMPHREY DRIVE
SUITE 101
ORLAND PARK, ILLINOIS 60462

TELEPHONE
708
460-4000
FAX
708
460-4040
460-6967

May 15, 2008

**Via Facsimile (312) 341-0438**

Arnold and Kadjan
ATTN: John J. Toomey
19 West Jackson Boulevard
Chicago, IL 60604

## NOTICE OF AMENDED ANSWER

RE:  Trustee of Suburban Teamsters v. Porter Cartage Inc.
     Case No. 07 C 516

Dear Attorneys:

Please be advised that this office represents Founders Bank relative to the Citation to Discover Assets served upon it in the above identified proceedings.

Founders Bank is Answering to the Citation as follows:

    Checking Account No. 5068630
    Funds available to Plaintiff under Citation - $999.17

The name on the account is Porter Cartage Inc., 6203 Santa Barbara Court, Plainfield, IL 60544. A copy of the prior Answer of Founders Bank dated April 28, 2008, is enclosed.

Please direct all future communications to me.

Very truly yours,

Richard E. Burke
REB:kas