IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS PENSION FUND AND WELFARE FUNDS, )<br><br>Plaintiff, )<br><br>v. )<br><br>PORTER CARTAGE, INC.<br>an Illinois corporation not in good standing, and<br>ROB PORTER, Individually )<br><br>Defendants. ) | No. 08 C 516<br><br>Judge Bucklo<br><br>Magistrate Judge Ashman |

## NOTICE OF MOTION

To:  PORTER CARTAGE, INC.,
an Illinois corporation not in good standing
c/o Its Registered Agent
Rob Porter
5203 Santa Barbara Court
Plainfield, Illinois  60544

Rob Porter, Individually
5203 Santa Barbara Court
Plainfield, Illinois  60544

Richard F. Burke
Wolfenson, Schouten & Bruke, Ltd.
14535 John Humphrey Drive
Suite 101
Orland Park, Illinois  60462

   PLEASE TAKE NOTICE that on May 27, 2008, at 9:30 a.m., I will appear before the Honorable Judge Bucklo in Room 1441 and then and there present the attached Motion for Turnover Order, a copy of which is attached hereto.

Respectfully submitted,

s/John J. Toomey
ARNOLD AND KADJAN
19 W. Jackson Blvd., Suite 300
Chicago, IL 60604
Telephone No.: (312) 236-0415
Facsimile No.: (312) 341-0438
Dated: May 19, 2008

## CERTIFICATE OF SERVICE

I hereby certify that on May 19, 2008 I electronically filed the foregoing Notice of Motion with the Clerk of the Court using the CM/ECF system and to the following by U.S. Mail, postage prepaid:

PORTER CARTAGE, INC.,
an Illinois corporation not in good standing
c/o Its Registered Agent
Rob Porter
5203 Santa Barbara Court
Plainfield, Illinois 60544

Rob Porter, Individually
5203 Santa Barbara Court
Plainfield, Illinois 60544

Richard F. Burke
Wolfenson, Schouten & Bruke, Ltd.
14535 John Humphrey Drive
Suite 101
Orland Park, Illinois 60462

s/John J. Toomey
ARNOLD AND KADJAN
19 W. Jackson Blvd., Suite 300
Chicago, IL 60604
Telephone No.: (312) 236-0415
Facsimile No.: (312) 341-0438
Dated: May 19, 2008