Case 1:08-cv-00516    Document 27    Filed 06/16/2008    Page 1 of 1



Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Elaine E. Bucklo | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 516 | **DATE** | 6/16/2008 |
| **CASE TITLE** | Trustees Suburban Teamsters PenFd vs. Porter Cartage, Inc., et al | | |

**DOCKET ENTRY TEXT**

Motion hearing held on 6/16/2008. Plaintiff's motion for a turnover order [24] is granted. Enter Turnover Order as to Founders Bank, 24000 Dayfield Drive #114, Plainfield, Illinois 60586 in the sum of $999.17.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:03

FILED
2008 JUN 17 AM 8:17
U.S. DISTRICT COURT

| | Courtroom Deputy Initials: | SB |
|---|---|---|

08C516 Trustees Suburban Teamsters PenFd vs. Porter Cartage, Inc., et al    Page 1 of 1