IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS PENSION FUND AND WELFARE FUNDS, | ) ) ) ) |
| Plaintiff, | ) ) No. 08 C 516 |
| v. | ) ) Judge Bucklo |
| PORTER CARTAGE, INC. an Illinois corporation not in good standing, and ROB PORTER, Individually | ) Magistrate Judge Ashman ) ) ) |
| Defendants. | ) ) |

## TURNOVER ORDER

This matter coming to be heard upon Plaintiff's Motion for Turnover of Funds held pursuant to a Citation to Discover Assets, it is hereby ordered that: Founders Bank, 24000 Dayfield Drive #114, Plainfield, Illinois 60586 is directed to pay to the judgment creditor, the Trustees of the Suburban Teamsters of Northern Illinois Pension Fund, the sum of $999.17 the amount held by Founders Bank pursuant to a Citation to Discover Assets and deliver said proceeds by check to Plaintiff's counsel, Arnold and Kadjan, 19 W. Jackson Boulevard, Chicago, Illinois 60604.

Dated: 6/16/08

Enter:

_____
HONORABLE JUDGE BUCKLO